**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-2216**

In Re:  FRED WATERS ALLNUTT,

                 Debtor.

--------------------------------

FRED WATERS ALLNUTT,

                 Debtor - Appellant,

          v.

MICHAEL G. RINN,

                 Trustee - Appellee.


Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Richard D. Bennett, District Judge.
(1:10-CV-01739-RDB)


Submitted:  March 31, 2011              Decided:  April 4, 2011


Before NIEMEYER, SHEDD, and AGEE, Circuit Judges.


Affirmed by unpublished per curiam opinion.


Fred Waters Allnutt, Appellant Pro Se.


Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fred Waters Allnutt appeals the district court's order dismissing as moot his appeal from the bankruptcy court's order dismissing his bankruptcy case for failing to comply with 11 U.S.C. § 521(e)(2)(A) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Allnutt v. Rinn</u>, No. 1:10-cv-01739-RDB (D. Md. Oct. 5, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>